# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ESTATE OF DE'ANGELO BROWN**                                                               **PLAINTIFF**

v.                              **Case No. 3:20-cv-00099 KGB**

**E.C. WEST,** *et al.*                                                                          **DEFENDANT**

## ORDER

On February 26, 2021, Chief Judge D.P. Marshall Jr. issued Administrative Order Eleven–Court Operations During COVID-19 Pandemic ("Administrative Order Eleven"), canceling all civil jury trials scheduled through May 21, 2021.[1] This case is currently set for jury trial on May 17, 2021 (Dkt. No. 14). Accordingly, the Court, adopts as its own Judge Marshall's findings set forth in Administrative Order Eleven, and on its own motion, the Court removes this case from the May 17, 2021, trial calendar.

The Court also on its own motion hereby extends all unexpired pretrial deadlines set forth in the Court's currently in-effect final scheduling order (Dkt. No. 14).

The Court will reset this matter for trial by separate order and will issue an amended final scheduling order that resets all unexpired pretrial deadlines.[2]

Dated this 26th day of April, 2021.

Kristine G. Baker
United States District Judge

---

[1] Administrative Order Eleven is publicly accessible at: https://www.are.uscourts.gov/sites/are/files/AO11.pdf

[2] Administrative Order Eleven specifically states that for good cause, and after consultation with the parties, the presiding Judge may reinstate to the docket any civil trial setting between March 23, 2021, and May 21, 2021. Any party who wishes to reinstate the May 17, 2021, civil trial setting in this case must file a motion within seven days of the entry of this Order setting forth the reasons that support such a request.