THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ESTATE OF DE'ANGELO BROWN**                                             **PLAINTIFF**

v.                     **Case No. 3:20-cv-00099-KGB**

**E.C. WEST**, *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff the Estate of De'Angelo Brown, deceased, through the special administrator of the estate Bryce Brewer's complaint is dismissed with prejudice (Dkt. No. 1). The requested relief is denied.

So adjudged this 30th day of March, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge